# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| JEFFREY D. MARTIN | NO. 19-712 |

## ORDER

**AND NOW**, this 17th day of October 2022, upon consideration of the Government's Motion for Revocation of the Release Order (ECF 14) and Defendant's Response (ECF 29), and after an evidentiary hearing and oral argument (ECF 30), it is hereby **ORDERED** that the Motion is **GRANTED**.  Martin will remain detained pending trial.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.